# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISHNA PETTIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-292-D |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

The parties' Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 [Doc. No. 23] is **GRANTED**. Pursuant to the EAJA, Plaintiff is hereby awarded $5,500.00 in attorney fees. The award must be made payable to Plaintiff as the prevailing party. *See Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir.), *cert. denied*, 129 S. Ct. 486 (2008); *Brown v. Astrue*, 271 F. App'x 741, 743-44 (10th Cir. 2008) (unpublished). In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff. *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 23rd day of October, 2015.

*[Signature]*
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE